IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARTESE RAYSHAWN ROLAND,<br><br>               Defendant. | 8:22CR237<br><br>ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

As requested in the government's motion (Filing No. 45), which is hereby granted,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 2nd day of January, 2026.

BY THE COURT:

_____
MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE